**(Official Form 1)  (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Western District of Kentucky | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Toborowsky, David Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**F/D/B/A Red Bird Paving**<br>**F/D/B/A Cardinal Asphalt & Sealing**<br>**F/D/B/A Cardinal Paving** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **1633** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2601 Swing Dr**<br>**Louisville, KY  40299-2730** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Jefferson** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check on box) |
|---|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**(Official Form 1)  (12/03)** FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Toborowsky, David Edward** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Edward Toborowsky**
_____
Signature of Debtor          **David Edward Toborowsky**

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 26, 2004**
_____
Date

</td>
<td>

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

</td>
</tr>
</table>

<table>
<tr>
<td>

**Signature of Attorney**

X **/s/ Wallace H. Spalding III**
_____
Signature of Attorney for Debtor(s)

**Wallace H. Spalding III**
_____
Printed Name of Attorney for Debtor(s)

**Wallace H. Spalding, III Spalding Law Office**
_____
Firm Name

**2950 Breckenridge Ln Ste 3**
_____
Address

**Louisville, KY  40220-1462**
_____

**(502) 456-2100**
_____
Telephone Number

**February 26, 2004**
_____
Date

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Wallace H. Spalding III**                **2/26/04**
_____
Signature of Attorney for Debtor(s)          Date

</td>
</tr>
</table>

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Kentucky**

IN RE:                                                                        Case No. _____

Toborowsky, David Edward _____    Chapter **7** _____
                          Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 5,800.00 | **Estimated Income 2004** |
| 70,220.00 | **Estimated Income 2003** |
| 6,800.00 | **Estimated Income 2002** |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐  b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Murray Toborowsky** | **Various** | 700.00 | 0.00 |
| **Citi Financial And Washington Mutual Debtor Is Paying These Two Bills In His Brother's Name** | **$100.00 @ month for Washington Mutual - Balance: $1,037.00 $145.00 @ month for Citi Financial - Blance: $2,700.00** | 0.00 | 0.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CitiFinancial Debtor Is Paying This Bill For His Brother | Monthly | 144.00 | 2,600.00 |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BellSouth Advertising and Publishing vs. Debtor CI-01213 | Collection | Jefferson Circuit Court | Judgment |
| Harbin vs. Debtor | Collection | Jefferson | Judgment |
| United Rentals Inc. vs. Debtor 02-CI-002992 | Collection | Jefferson Circuit Court | Judgment |
| Bobcat Enterprises Inc. vs. Debtor 02-SO-0306 | Collection | Jefferson Circuit Court | Judgment |
| James Hudson vs. Debtor 97-SO-02488 | Collection | Jefferson | Judgment |
| Wilmer H. Diggs vs. Debtor 97-SO-02140 | Collection | Jefferson | Judgment |
| Aaron Pedigo vs. Debtor 97-CO-3372 | Collection | Jefferson Circuit Court | Judgment |
| David Causey vs. Debtor 96-CS-003196 | Collection | Jefferson Circuit Court | Judgment |
| Protection Instrument vs. Debtor 96-SO-02740 | Collection | Jefferson Circuit Court | Judgment |
| Martin A. Riedling, Sr. vs. Debtor 96-SO-01726 | Collection | Jefferson Circuit court | Judgment |
| Camden Meadows Apartments vs. Debtor 03-CO-06634 | | Jefferson | Forcible Detainer |
| John Beckner vs. Debtor 97-C-10646 | | Jefferson | Forcible Detainer |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BellSouth | July 2003 | Garnished pay check - $248.00 Monthly |

**5. Repossessions, foreclosures and returns**

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wallace H. Spalding, III**<br>**2950 Breckenridge Lane**<br>**Suite 3**<br>**Louisville, KY  40220** | | **750.00** |

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Louisville Medical Center Credit Union** | **Checking Account** | **Overdrawn - April 2003** |
| **Bank One** | **Checking Account** | **November 2003** |
| **National City** | **Checking Account** | **November 2003** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                          NAME USED                                          DATES OF OCCUPANCY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

| 9311 Mitchell Lane | Same | 6 months |
|---|---|---|
| 2113 Dear Path Cr. #106 | Same | 6 months |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Red Bird Paving Inc.** | | **Louisville, KY** | **Paving** | **1999 - 2001** |
| **Cardinal Asphalt & Sealing** | | **Louisville, KY** | **Paving** | **1993 - 2000** |
| **Cardinal Paving** | | **Louisville, KY** | **Paving** | **1993 - 2000** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tax Time Inc.** | **1993 - 1997** |
| **H&R Block (On-Line)** | **1998 - Present** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **February 26, 2004**          Signature  ***/s/ David Edward Toborowsky***
                                     of Debtor                                    **David Edward Toborowsky**

Date: _____          Signature _____
                                     of Joint Debtor
                                     (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Western District of Kentucky**

IN RE:                                                                 Case No. _____

**Toborowsky, David Edward** _____    Chapter **7**
                                 Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **2000 Ford** | **Bill Collins Ford** | | | ✓ |

| | | | |
|---|---|---|---|
| **02/26/2004** | **/s/ David Edward Toborowsky** | | |
| Date | **David Edward Toborowsky** | Debtor | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                         (Required by 11 U.S.C. § 110(c).)
_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____         _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Toborowsky, David Edward**                                    Case No. _____
                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

**IN RE** Toborowsky, David Edward _____  Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account** | | 90.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord** | J | 1,095.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods and Furnishings, including Sofa, Love Seat, Tables, Chairs, Lamps, Kitchen Table and Chairs, Kitchenware, Microwave, Dishware, Dining Room Table and Chairs, Cabinet, Sofa, Chair, 4 Beds, Chest, 3 Dressers, Chairs, Lamps, 3 TVs, 2 VCRs, Stereo/Radio, Tools, Pictures, Washer, Dryer, Camera, Computer, Washer, Dryer, Camera, Computer, Linens, Desk, and Cabinet - 1/2 of value is listed** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel** | | 1,000.00 |
| 7. Furs and jewelry. | | **Wedding Ring** | | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **403(B)** | | 210.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock of Cardinal Asphalt & Sealing (Closed)** | | 0.00 |
| | | **100% stock of Cardinal Paving (Closed)** | | 0.00 |
| | | **100% stock of Red Bird Paving (Closed)** | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

**IN RE** Toborowsky, David Edward    Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Wages | | 700.00 |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford | | 10,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 14,645.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**SCHEDULE B - PERSONAL PROPERTY**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Toborowsky, David Edward _____    Case No. _____

Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Savings Account** | **KRS § 427.160** | **90.00** | **90.00** |
| **Security Deposit with Landlord** | **KRS § 427.060** | **1,095.00** | **1,095.00** |
| **Household Goods and Furnishings, including Sofa, Love Seat, Tables, Chairs, Lamps, Kitchen Table and Chairs, Kitchenware, Microwave, Dishware, Dining Room Table and Chairs, Cabinet, Sofa, Chair, 4 Beds, Chest, 3 Dressers, Chairs, Lamps, 3 TVs, 2 VCRs, Stereo/Radio, Tools, Pictures, Washer, Dryer, Camera, Computer, Washer, Dryer, Camera, Computer, Linens, Desk, and Cabinet - 1/2 of value is listed** | **KRS § 427.010(1)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | **KRS § 427.010(1)** | **1,000.00** | **1,000.00** |
| **Wedding Ring** | **KRS § 427.010(1)** | **50.00** | **50.00** |
| **403(B)** | **KRS § 427.150(2)(f)** | **210.00** | **210.00** |
| **Wages** | **KRS § 427.010(2)(a)** | **525.00** | **700.00** |
| **2000 Ford** | **KRS § 427.010(1)** | **2,500.00** | **10,000.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Toborowsky, David Edward</u>                                                    Case No. _____

<div align="center">Debtor(s)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL .......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bill Collins Ford** <br>**4220 Bardstown Rd** <br>**Louisville, KY  40218-3295** | | | **2000 Ford** <br><br><br><br> Value $  **10,000.00** | | | | **8,000.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | |

_____ **0** Continuation Sheets attached

<div align="right">

Subtotal <br>(Total of this page)   **8,000.00**

(Complete only on last sheet of Schedule D)  **TOTAL**   **8,000.00** <br>(Report total also on Summary of Schedules)

</div>

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Toborowsky, David Edward _____   Case No. _____

_Debtor(s)_

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
    Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

    * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Toborowsky, David Edward** _____    Case No. _____

<center>Debtor(s)</center>

<center>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

</center>

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Aaron Pedigo<br>Client To Supply Address<br>PO Box 0000<br>Louisville, KY  40202** | | | | | | | **2,984.00** |
| Account No. **170497170497**<br>**Account Receivable Collections<br>Department M<br>PO Box 42220<br>Cincinnati, OH  45242-0220** | | | | | | | **120.00** |
| Account No. **5218850**<br>**Acute Care Specialist<br>2620 Ridgewood Rd Ste 100<br>Akron, OH  44313-3527** | | | | | | | **317.00** |
| Account No. **1536438**<br>**Acute Care Specialist<br>2620 Ridgewood Rd Ste 100<br>Akron, OH  44313-3527** | | | | | | | **230.00** |
| Account No. **2557848**<br>**Acute Care Specialist<br>2620 Ridgewood Rd Ste 100<br>Akron, OH  44313-3527** | | | | | | | **160.00** |

_____ **9** Continuation Sheets attached

|  | Subtotal<br>(Total of this page) | **3,811.00** |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

<center>(Report total also on Summary of Schedules)</center>

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Toborowsky, David Edward _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40553** <br><br> **AmeriCredit** <br> **PO Box 78143** <br> **Phoenix, AZ  85062-8143** | | | | | | | 5,434.00 |
| Account No. **1254389** <br><br> **AmeriCredit** <br> **PO Box 78143** <br> **Phoenix, AZ  85062-8143** | | | | | | | 6,701.00 |
| Account No. **1294** <br><br> **Asset Accept** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | | | | | | 2,726.00 |
| Account No. **2131** <br><br> **Asset Accept** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | | | | | | 395.00 |
| Account No. <br><br> **Attorney General** <br> **Commonwealth Of Kentucky** <br> **8911 Shelbyville Rd** <br> **Louisville, KY  40222-5101** | | | | X | | X | 100,000.00 |
| Account No. <br><br> **Audubon Hospital** <br> **PO Box 22248** <br> **Louisville, KY  40252-0248** | | | | | | | 843.00 |
| Account No. <br><br> **BellSouth Advertising & Publishing Corp.** <br> **PO Box 105852** <br> **Atlanta, GA  30348-5852** | | | | | | | 56,190.00 |

Sheet _____**1**__ of _____**9**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **172,289.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Toborowsky, David Edward _____   Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XBS00001124631** <br><br> **Bluegrass Emergency** <br> **Client To Supply Address** <br> **PO Box 0000** <br> **Louisville, KY  40202** | | | | | | | 195.00 |
| Account No. <br><br> **Bobcat Enterprises** <br> **Client To Supply Address** <br> **PO Box 0000** <br> **Louisville, KY  40202** | | | | | | | 891.00 |
| Account No. **50216905** <br><br> **Cardiovascular Assoc. PSC** <br> **PO Box 20309** <br> **Louisville, KY  40250-0309** | | | | | | | 315.00 |
| Account No. **50216908** <br><br> **Caritas Medical Center** <br> **C/O Credit Clearing House** <br> **305 W Market St** <br> **Louisville, KY  40202-2907** | | | | | | | 562.00 |
| Account No. **50216907** <br><br> **Caritas Medical Center** <br> **C/O Credit Clearing House** <br> **305 W Market St** <br> **Louisville, KY  40202-2907** | | | | | | | 758.00 |
| Account No. **50216906** <br><br> **Caritas Medical Center** <br> **C/O Credit Clearing House** <br> **305 W Market St** <br> **Louisville, KY  40202-2907** | | | | | | | 141.00 |
| Account No. **431493** <br><br> **Carmel Financial** <br> **C/O Amr Acct Mgmt.** <br> **101 E Carmel Dr Ste 200** <br> **Carmel, IN  46032-2668** | | | | | | | 2,872.00 |

Sheet _____**2** of _____**9** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | **5,734.00**

(Complete only on last sheet of Schedule F)  **TOTAL** | 

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Toborowsky, David Edward                                      Case No. _____
                                   Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Certegy**<br>**PO Box 30046**<br>**Tampa, FL  33630-3046** | | | | | | | **276.00** |
| Account No. **2002938062** | | | | | | | |
| **Cingular Wireless**<br>**826 E Park Drive (LVL)**<br>**Grayson, KY  41143** | | | | | | | **521.00** |
| Account No. **2002833013** | | | | | | | |
| **Cingular Wireless**<br>**826 E Park Drive (LVL)**<br>**Grayson, KY  41143** | | | | | | | **2,614.00** |
| Account No. **3386549** | | | | | | | |
| **Columbia Audubon Reginonal Medical**<br>**C/O NCO Financial**<br>**907 Rivergate Pkwy**<br>**Goodlettsville, TN  37072-2324** | | | | | | | **62.00** |
| Account No. **11534353** | | | | | | | |
| **Columbia Audubon Reginonal Medical**<br>**C/O Professional Adjustment Service**<br>**PO Box 24850**<br>**Nashville, TN  37202-4850** | | | | | | | **1,024.00** |
| Account No. **5816861** | | | | | | | |
| **Com 1 Paging**<br>**C/O Best Collections LLC**<br>**4012 Dupont Cir Ste 301**<br>**Louisville, KY  40207-4808** | | | | | | | **382.00** |
| Account No. **910010** | | | | | | | |
| **Computer Finance LLC**<br>**2425 Commerce Ave # 2100**<br>**Duluth, GA  30096-4980** | | | | | | | **2,141.00** |

Sheet _____**3**___ of _____**9**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                     **7,020.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Toborowsky, David Edward
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **David Causey** <br> **Client To Supply Address** <br> **PO Box 0000** <br> **Louisville, KY  40202** | | | | | | | **800.00** |
| Account No. **7X1274X659322** <br> **David E. Kissel, M.D., P.H.D.** <br> **C/O Frost Arnett** <br> **9200 Shelbyville Rd Ste 621** <br> **Louisville, KY  40222-5135** | | | | | | | **100.00** |
| Account No. **544910083912** <br> **Direct Loan Service System** <br> **501 Bleeker Street** <br> **Utica, NY  13502** | | | | | | | **395.00** |
| Account No. **2131475** <br> **Direct Merchants Bank** <br> **PO Box 29438** <br> **Phoenix, AZ  85038-9438** | | | | | | | **395.00** |
| Account No. **50216903** <br> **Emergency Medical Assoc.** <br> **110 Executive Park** <br> **Louisville, KY  40207-4201** | | | | | | | **195.00** |
| Account No. **1536** <br> **Ford Motor Credit** <br> **502 Executive Park** <br> **Louisville, KY  40207-4205** | | | | | | | **5,863.00** |
| Account No. **3659** <br> **Ford Motor Credit** <br> **502 Executive Park** <br> **Louisville, KY  40207-4205** | | | | | | | **4,214.00** |

Sheet _____**4**___ of _____**9**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **11,962.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Toborowsky, David Edward

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **214186** <br> **Ft. Knox Federal Credit Union** <br> **C/O Credit Bureau Of Hardin** <br> **405 407 N Miles St** <br> **Elizabethtown, KY  42702** | | | | | | | 293.00 |
| Account No. <br> **Gateway Computers** <br> **C/O Asset Accept** <br> **PO Box 2036** <br> **Warren, MI  48090-2036** | | | | | | | 2,726.00 |
| Account No. <br> **Hardin Memorial Hospital** <br> **913 N Dixie Ave** <br> **Elizabethtown, KY  42701-2503** | | | | | | | 124.00 |
| Account No. **68961479** <br> **Hollywood Video** <br> **C/O Credit Protection Assoc.** <br> **PO Box 802068** <br> **Dallas, TX  75380-2068** | | | | | | | 179.00 |
| Account No. <br> **Insight Communications** <br> **3408 Industrial Pkwy** <br> **Jeffersonville, IN  47130-9635** | | | | | | | 953.00 |
| Account No. <br> **James Hudson** <br> **Client To Supply Address** <br> **PO Box 0000** <br> **Louisville, KY  40202** | | | | | | | 1,000.00 |
| Account No. <br> **LG&E** <br> **820 W Broadway** <br> **Louisville, KY  40202-2218** | | | | | | | 706.00 |
| | | | | | Subtotal <br> (Total of this page) | | **5,981.00** |
| | | | | | (Complete only on last sheet of Schedule F)  **TOTAL** | | |

Sheet _____**5**__ of _____**9**__ Continuation Sheets attached to Schedule F

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Toborowsky, David Edward** _____  Case No. _____
_____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **50216904** <br> **Louisville EKG** <br> **C/O Credit Clearing House Of America Inc** <br> **PO Box 1209** <br> **Louisville, KY  40201-1209** | | | | | | | **315.00** |
| Account No. **1950880** <br> **Louisville Water Company** <br> **550 S 3rd St** <br> **Louisville, KY  40202-1839** | | | | | | | **111.00** |
| Account No. <br> **LSCF/3rd Party** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | | Student Loan | | | | **7,417.00** |
| Account No. <br> **Martin A. Riedling, Sr.** <br> **Client To Supply Address** <br> **PO Box 0000** <br> **Louisville, KY  40202** | | | | | | | **1,500.00** |
| Account No. **27990962** <br> **MCI Communications** <br> **C/O CBCS** <br> **236 E Town St** <br> **Columbus, OH  43215-4633** | | | | | | | **662.00** |
| Account No. <br> **MCI Communications** <br> **C/O Park Dansan** <br> **PO Box 248** <br> **Gastonia, NC  28053-0248** | | | | | | | **194.00** |
| Account No. <br> **MCI Communications** <br> **C/O CBCS** <br> **236 E Town St** <br> **Columbus, OH  43215-4633** | | | | | | | **68.00** |

Sheet _____**6** of _____**9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **10,267.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** Toborowsky, David Edward _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **50216909**<br><br>**Medical Imaging Consultants**<br>**PO Box 7907**<br>**Louisville, KY  40257-0907** | | | | | | | 60.00 |
| Account No. **226844**<br><br>**Medical Imaging Consultants**<br>**PO Box 7907**<br>**Louisville, KY  40257-0907** | | | | | | | 70.00 |
| Account No. **182273**<br><br>**Movie Warehouse**<br>**C/O Collection Bureau Of Hardin**<br>**405 407 N Miles St**<br>**Elizabethtown, KY  42702** | | | | | | | 81.00 |
| Account No. **721309**<br><br>**Norton Audubon Hospital**<br>**PO Box 22248**<br>**Louisville, KY  40252-0248** | | | | | | | 165.00 |
| Account No.<br><br>**Protection Instrument**<br>**Client To Supply Address**<br>**PO Box 0000**<br>**Louisville, KY  40202** | | | | | | | 672.00 |
| Account No. **139681633**<br><br>**Sallie Mae Serv**<br>**PO Box 4700**<br>**Wilkes Barre, PA  18773-4700** | | | Student Loan | | | | 7,417.00 |
| Account No. **10070060001403850**<br><br>**South Emergency Med. Spec.**<br>**C/O GLA Collection Company, Inc.**<br>**PO Box 991199**<br>**Louisville, KY  40269-1199** | | | | | | | 125.00 |

Sheet _____**7**__ of _____**9**__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **8,590.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Toborowsky, David Edward _____ Case No. _____
<div style="text-align:center">Debtor(s)</div>

<div style="text-align:center">

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

</div>

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **961509523**<br>**South Emergency Med. Spec.**<br>**C/O GLA Collection Company, Inc.**<br>**PO Box 991199**<br>**Louisville, KY  40269-1199** | | | | | | | 105.00 |
| Account No. **50216911**<br>**Southern Emergency Medical**<br>**PO Box 36218**<br>**Louisville, KY  40233-6218** | | | | | | | 215.00 |
| Account No. **2005081655**<br>**Sprint PCS**<br>**PO Box 361743**<br>**Columbus, OH  43236-1743** | | | | | | | 278.00 |
| Account No.<br>**United Rentals Inc.**<br>**Client To Supply Address**<br>**PO Box 0000**<br>**Louisville, KY  40202** | | | | | | | 9,963.00 |
| Account No. **139681**<br>**US Department Of Education**<br>**San Francisco Service Center**<br>**50 United Nations Plz**<br>**San Francisco, CA  94102-4912** | | | | | | | 52,376.00 |
| Account No. **180783**<br>**Video Vault 1**<br>**C/O Credit Bureau Of Hardin**<br>**405 407 N Miles St**<br>**Elizabethtown, KY  42702** | | | | | | | 106.00 |
| Account No. **180782**<br>**Video Vault 1**<br>**C/O Credit Bureau Of Hardin**<br>**405 407 N Miles St**<br>**Elizabethtown, KY  42702** | | | | | | | 64.00 |

Sheet _____**8**___ of _____**9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **63,107.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Toborowsky, David Edward</u>                                          Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wilmer H. Diggs** **Client To Supply Address** **PO Box 0000** **Louisville, KY  40202** | | | | | | | **1,030.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**9** of _____**9** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **1,030.00**

(Complete only on last sheet of Schedule F)  **TOTAL**   **289,791.00**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Toborowsky, David Edward**
                                                    Case No. _____
<div style="text-align:center">Debtor(s)</div>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aarons Furniture Rental** | **Rent to own sofa, table, chair, refrigerator, chest, and dresser** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**IN RE** Toborowsky, David Edward _____ Case No. _____

Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Toborowsky, David Edward** _____    Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

</div>

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Daughter**<br>**Son** | AGE<br>**14**<br>**13**<br>**4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Norton Healthcare** | |
| How long employed | **2 Years** | |
| Address of Employer | **Louisville KY** | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ **3,460.00** | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ **3,460.00** | $ _____ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ **805.00** | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **805.00** | $ _____ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ **2,655.00** | $ _____ |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | $ **2,655.00** | $ _____ |

**TOTAL COMBINED MONTHLY INCOME $** _____ **2,655.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Mrs. Toborowsky's net income is $2,600.00.  The expenditures do not include her personal bills or child care; however, do include 100% of the family bills.**

**Mr. Toborowsky has a second job leasing real estate.  His potential is $60,000 @ year.  At this time no commissions are due to him nor has he received any commission this year.**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Toborowsky, David Edward** _____    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,095.00 |
| Are real estate taxes included?    Yes ____  No ✓ | |
| Is property insurance included?    Yes ____  No ✓ | |
| Utilities:  Electricity and heating fuel | $ 180.00 |
|       Water and sewer | $ 49.00 |
|       Telephone | $ 200.00 |
|       Other **Cable** | $ 99.00 |
| | $ |
| | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 700.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 120.00 |
| Transportation (not including car payments) | $ 600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| Charitable contributions | $ 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $ |
|       Life | $ |
|       Health | $ |
|       Auto | $ 200.00 |
|       Other | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|       Auto | $ |
|       Other  **And Rent To Own Furniture** | $ 332.00 |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 4,035.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
|   A.  Total projected monthly income | $ |
|   B.  Total projected monthly expenses | $ |
|   C.  Excess income (A minus B) | $ |
|   D.  Total amount to be paid into plan each _____ | $ |

<div align="center">(interval)</div>

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Kentucky**

IN RE:                                                          Case No. _____

**Toborowsky, David Edward** _____      Chapter **7** _____

                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 14,645.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 289,791.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,655.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,035.00 |
| Total Number of Sheets in Schedules | | 20 | | | |
| Total Assets | | | 14,645.00 | | |
| Total Liabilities | | | | 297,791.00 | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

**IN RE** <u>Toborowsky, David Edward</u>      Case No. _____
<center>Debtor(s)</center>

<center>## DECLARATION CONCERNING DEBTOR'S SCHEDULES</center>

<center>DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR</center>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21** sheets, and that
<center>(Total shown on summary page plus 1)</center>
they are true and correct to the best of my knowledge, information, and belief.

Date: **February 26, 2004** _____    Signature: ***/s/ David Edward Toborowsky*** _____
         **David Edward Toborowsky** <div align="right">Debtor</div>

Date: _____    Signature: _____
<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

<center>CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)</center>

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
       (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<center>DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP</center>

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<center>(Total shown on summary page plus 1)</center>

Date: _____    Signature: _____

_____
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<center>[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</center>

<center>**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**</center>

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

<div style="writing-mode: vertical-rl">© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

### United States Bankruptcy Court
### Western District of Kentucky

**IN RE:**                                                                                                 Case No. _____

**Toborowsky, David Edward** _____                  Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................. $ _____**750.00**

Prior to the filing of this statement I have received .................................................................. $ _____**750.00**

Balance Due .................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.   [Other provisions as needed]
    **Other fee(s) Debtor(s) agreed to pay are: (1) a $35.00 Attorney fee for preparing an Amendment to the Petition, plus Court cost of $20.00 (if applicable) and (2) if Debtor(s) need(s) to reschedule the First Meeting of Creditors (341 Meeting of Creditors), there is a $50.00 attorney fee to prepare the Motion to Reschedule the Meeting of Creditors.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The above stated fee does not include tax counseling or representation in other bankruptcy matters; contested motions, Rule 2004 Examination(s) or representation in any Adversary Proceedings; a Motion to Redeem, Motion to Avoid Liens, or production of documents and/or correspondence with the U.S. Trustee.  If contested matters including Rule 2004 Examination(s) or litigation arises in the bankruptcy case or in an Adversary Proceeding related to the bankruptcy case, the Attorney will request a additional fee, a retainer, and/or bill the Debtor(s) at his normal hourly rate, the retainer will have to be paid in advance.  If Debtor(s) fail(s) to pay the retainer or fee when billed, Attorney is released as Debtor(s) lawyer in Debtor(s) bankruptcy case and or the Adversary Proceeding.**

|  |
| --- |
| CERTIFICATION |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____**February 26, 2004**_____          _____**/s/ Wallace H. Spalding III**_____
                    Date                                                              Signature of Attorney

                                                                        **Wallace H. Spalding, III Spalding Law Office**
                                                                            Name of Law Firm

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**Western District of Kentucky**

IN RE:                                                          Case No. _____

**Toborowsky, David Edward** _____    Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 26, 2004** _____    Signature: */s/ David Edward Toborowsky* _____
                                                        **David Edward Toborowsky**                        Debtor

Date: _____    Signature: _____
                                                                                    Joint Debtor, if any

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Aaron Pedigo
Client To Supply Address
PO Box 0000
Louisville, KY  40202


Account Receivable Collections
Department M
PO Box 42220
Cincinnati, OH  45242-0220


Acute Care Specialist
2620 Ridgewood Rd Ste 100
Akron, OH  44313-3527


AllianceOne
644 Linn Street
Suite 601
Cincinnati, OH  45222


American Accounts Management
101 E Carmel Dr Ste 205
Carmel, IN  46032-2668


AmeriCredit
PO Box 78143
Phoenix, AZ  85062-8143


AmeriCredit
801 Cherry St # 3900
Fort Worth, TX  76102-6803


AmeriCredit
4001 Embarcadero Dr
Arlington, TX  76014-4106

```
Anderson Financial Network
PO Box 3427
Bloomington, IL  61702-3427


Asset Accept
PO Box 2036
Warren, MI  48090-2036


Attorney General
Commonwealth Of Kentucky
8911 Shelbyville Rd
Louisville, KY  40222-5101


Audubon Hospital
PO Box 22248
Louisville, KY  40252-0248


BellSouth Advertising & Publishing Corp.
PO Box 105852
Atlanta, GA  30348-5852


Best Collections LLC
4012 Dupont Circle
Ste 301
Louisville, KY  40207


Bill Collins Ford
4220 Bardstown Rd
Louisville, KY  40218-3295


Bluegrass Emergency
Client To Supply Address
PO Box 0000
Louisville, KY  40202
```

```
Bobcat Enterprises
Client To Supply Address
PO Box 0000
Louisville, KY  40202


Cardiovascular Assoc. PSC
PO Box 20309
Louisville, KY  40250-0309


Caritas Medical Center
C/O Credit Clearing House
305 W Market St
Louisville, KY  40202-2907


Carmel Financial
C/O Amr Acct Mgmt.
101 E Carmel Dr Ste 200
Carmel, IN  46032-2668


Cavalry Investments LLC
4050 E Cotton Centr
Columbus, OH  43215


Cavalry Investments LLC
PO Box 27288
Tempe, AZ  85285-7288


CBCS
236 E Town St
Columbus, OH  43215-4633


CBUSA
4500 New Linden Hill Rd
Wilmington, DE  19808-2922
```

Central Indiana Credit And Collections
PO Box 4779
Bloomington, IN  47402-4779


Certegy
PO Box 30046
Tampa, FL  33630-3046


Cingular Wireless
826 E Park Drive (LVL)
Grayson, KY  41143


Columbia Audubon Reginonal Medical
C/O NCO Financial
907 Rivergate Pkwy
Goodlettsville, TN  37072-2324


Columbia Audubon Reginonal Medical
C/O Professional Adjustment Service
PO Box 24850
Nashville, TN  37202-4850


Com 1 Paging
C/O Best Collections LLC
4012 Dupont Cir Ste 301
Louisville, KY  40207-4808


Computer Finance LLC
2425 Commerce Ave # 2100
Duluth, GA  30096-4980


Credit Clearing House Of America, Inc.
P. O. Box 1209
305 W Market St
Louisville, KY  40202-2907

Credit Protection Association, L.P.
13355 Noel Rd
Dallas, TX  75240-6602


David Causey
Client To Supply Address
PO Box 0000
Louisville, KY  40202


David E. Kissel, M.D., P.H.D.
C/O Frost Arnett
9200 Shelbyville Rd Ste 621
Louisville, KY  40222-5135


Direct Loan Service System
501 Bleeker Street
Utica, NY  13502


Direct Merchants Bank
PO Box 29438
Phoenix, AZ  85038-9438


Emergency Medical Assoc.
110 Executive Park
Louisville, KY  40207-4201


Ford Motor Credit
502 Executive Park
Louisville, KY  40207-4205


Ft. Knox Federal Credit Union
C/O Credit Bureau Of Hardin
405 407 N Miles St
Elizabethtown, KY  42702

```
Gateway Computers
C/O Asset Accept
PO Box 2036
Warren, MI  48090-2036


GLA Collection Company, Inc.
PO Box 991199
Louisville, KY  40269-1199


Hardin Memorial Hospital
913 N Dixie Ave
Elizabethtown, KY  42701-2503


Hollywood Video
C/O Credit Protection Assoc.
PO Box 802068
Dallas, TX  75380-2068


Insight Communications
3408 Industrial Pkwy
Jeffersonville, IN  47130-9635


James Hudson
Client To Supply Address
PO Box 0000
Louisville, KY  40202


LG&E
820 W Broadway
Louisville, KY  40202-2218


Lloyd & McDaniel
PO Box 23200
1405 Park Road
Louisville, KY  40223-0200
```

```
Louisville EKG
C/O Credit Clearing House Of America Inc
PO Box 1209
Louisville, KY  40201-1209


Louisville Water Company
550 S 3rd St
Louisville, KY  40202-1839


LSCF/3rd Party
PO Box 9500
Wilkes Barre, PA  18773-9500


Martin A. Riedling, Sr.
Client To Supply Address
PO Box 0000
Louisville, KY  40202


MCI Communications
C/O CBCS
236 E Town St
Columbus, OH  43215-4633


MCI Communications
C/O Park Dansan
PO Box 248
Gastonia, NC  28053-0248


MDCLR Inc.
PO Box 8547
Philadelphia, PA  19101-8547


Medical Credit Bureau, Inc.
Medical Towers South, Suite B-66
234 E Gray St
Louisville, KY  40202-1900
```

```
Medical Imaging Consultants
PO Box 7907
Louisville, KY  40257-0907


Movie Warehouse
C/O Collection Bureau Of Hardin
405 407 N Miles St
Elizabethtown, KY  42702


NBGL-Mcraes Credit Dept.
Client To Supply Address
PO Box 0000
Louisville, KY  40202


Norton Audubon Hospital
PO Box 22248
Louisville, KY  40252-0248


Park Dansan
113 3rd Avenue
PO Box 248
Gastonia, NC  28053-0248


Professional Adjustment
Service Inc.
PO Box 24850
Nashville, TN  37202-4850


Protection Instrument
Client To Supply Address
PO Box 0000
Louisville, KY  40202


Sallie Mae Serv
PO Box 4700
Wilkes Barre, PA  18773-4700
```

South Emergency Med. Spec.
C/O GLA Collection Company, Inc.
PO Box 991199
Louisville, KY  40269-1199


Southern Emergency Medical
PO Box 36218
Louisville, KY  40233-6218


Sprint PCS
PO Box 361743
Columbus, OH  43236-1743


Student Loan Margeting Assoc.
PO Box 9500
Wilkes Barre, PA  18773-9500


United Rentals Inc.
Client To Supply Address
PO Box 0000
Louisville, KY  40202


US Department Of Education
San Francisco Service Center
50 United Nations Plz
San Francisco, CA  94102-4912


Video Vault 1
C/O Credit Bureau Of Hardin
405 407 N Miles St
Elizabethtown, KY  42702


Wilmer H. Diggs
Client To Supply Address
PO Box 0000
Louisville, KY  40202

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)\***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)\***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)\***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)\***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

\* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

**February 26, 2004**          */s/ David Edward Toborowsky*          _____
Date                          **David Edward Toborowsky**            Debtor                                    Joint Debtor, if any

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

NOTICE TO INDIVIDUAL CONSUMER DEBTOR

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only