UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                                                    CASE NO.

DAVID EDWARD TOBOROWSKY                                      04-31154

      DEBTOR

## AMENDMENT TO SCHEDULES

Comes the Debtor and states that through error and inadvertence, Debtor has failed to list in Debtor's schedule the following:

Amendment Adding Creditors To Schedule F:

Bellsouth Telecommunications          $234.15
C/O  CISCO, inc.
1702 Townhurst
Houston TX 77043
Acct. No.: 5024990564289

Louisville EKG          $171.61
C/O Credit Clearing House of America, Inc.
PO Box 1209
305 West Market Street
Louisville KY 40201-1209
Acct. No.: 0001257936

Office Depot 27          $544.24
C/O Certegy Payment Recovery Services, Inc.
11601 Roosevelt Blvd.
St. Petersburg FL 33716
Claim No.: 15977335

Office Depot 27          $89.73
C/O Certegy Payment Recovery Services, Inc.
11601 Roosevelt Blvd.
St. Petersburg FL 33716
Acct. No.: 15977778

Sprint Customer Service          $119.37
PO Box 15955
Shawnee Mission KS 66285-5955
Acct. No.: 601300548-6

| | |
|---|---|
| Sprint PCS<br>PO Box 15955<br>Shawnee Mission KS 66285-59555<br>Acct. No.: 5026080099 | $3,200.00 |
| Gold's Gym<br>C/O RDC Group, Inc.<br>4800 Sherburn Lane<br>Suite #B<br>Louisville KY 40207<br>Acct. No.: R100-GOL100-026673-1 | $508.00 |
| AT&T<br>C/O Allied Interstate, Inc.<br>15 Hazel Wood Drive<br>Suite 102<br>Amherst NY 14228<br>Acct. No.: 6054917222950501 | $490.18 |
| Dollar Rent A Car<br>Department 927<br>Tulsa OK 74182 | $53.78 |
| Budget Rent A Car Systems, Inc.<br>C/O D&B RMS<br>4836 Brecksville Road<br>PO Box 509<br>Richfield OH 44286<br>Claim No.: 233290519-BP<br>Ref. No.: 6726947SDFBE | $739.22 |
| US Bank<br>PO Box 5227, CN-OHW15<br>Cincinnati OH 45201-5227<br>Acct. No.: DDA145800553979 | $1,919.41 |
| Louisville Medical Center FCU<br>130 Medical Towers South<br>Louisville KY 40202-1907<br>Acct. No.: 90834200 | $2,687.87 |
| Bank One DAR IN1-3222<br>PO Box 7146<br>7610 W. Washington Street<br>Indianapolis IN 46231<br>Acct. No.: 034000000654632355 | $175.00 |

| | |
|---|---|
| GEICO Direct<br>Regional Office<br>One GEICO Center<br>Macon GA 31296-0001<br>Policy No.: 4004845170 | $532.30 |
| National City Bank<br>First National Tower<br>101 South Fifth Street<br>Louisville KY 40202-3103 | $1,500.00 |
| Fifth Third Bank<br>Fifth Third Bank Center<br>401 South First Street<br>Louisville KY 40202-3426 | $550.00 |
| Boyd Pendleton<br>315 Bicknell<br>Louisville KY 40215 | $10,000.00 |
| Tele-Check<br>PO Box 4451<br>Houston TX 77210 | $2,500.00 |
| Five Star Realty<br>Mike and Dana Danzinger<br>312 New Venture Road<br>Louisville KY 40214 | $4,000.00 |
| Camden Meadows Apartments<br>2000 Deercross<br>Louisville KY 40220 | $4,500.00 |
| Check Care System<br>4102 Cadillac Court<br>Louisville KY 40213 | $247.00 |
| UCHS<br>PO Box 2469<br>Louisville KY 40201-2469<br>Acct. No.: 364011 | $40.01 |
| 5817 Enterprise Rent a Car<br>C/O Credit Management Services<br>PO Box 931<br>Brookfield WI 53008-0931<br>Acct. No.: 9990454 | $116.63 |

Amendment Adding Creditors To Mailing Matrix For Notice Purposes:

Certegy Payment Recovery Services, Inc.    For Notice Purposes
PO Box 30031
Tampa FL 33630-3031

Budget Rent a Car System, Inc.    For Notice Purposes
Attn: Direct Billing Collections
300 Centre Point Drive
Virginia Beach VA 23462

Salvatore Spinelli, Esq.    For Notice Purposes
135 Maxess Road
Suite 2B
Melville NY 11747

AllianceOne Receivables Management, Inc.    For Notice Purposes
PO Box 1963
Southgate MI 48195-0963

AllianceOne, Inc.    For Notice Purposes
4850 Street Road, Level C
Trevose PA 19053

Sprint    For Notice Purposes
PO Box 6419
Carol Stream IL 60197-6419

Allied Interstate, Inc.    For Notice Purposes
PO Box 361343
Columbus OH 43236

Titan Recovery Solutions, Inc.    For Notice Purposes
PO Box 4747
Modesto CA 95352
Ref. No.: 227696

US Bank    For Notice Purposes
PO Box 1800
Saint Paul MN 55101-0800

Andrea L. Wasson    For Notice Purposes
Molly E. Rose
MORGAN & POTTINGER, P.S.C.
600 West Washington Street
Louisville KY 40202

Ellie Kerotter                                      For Notice Purposes
4401 Preston Highway
Louisville KY 40213

Amendment Correcting Creditor's Mailing Address on Mailing Matrix:

From:                                               To:

Com 1 Paging                                        Com 1 Paging
C/O Best Collections LLC                            C/O Best Collections LLC
4012 Dupont Cir Ste 301                             PO Box 7472
Louisville KY 40207-4808                            Louisville KY 40257

From:                                               To:

Protection Instrument                               Protection Instrument
Client To Supply Address                            6111 Ashby Avenue
PO Box 0000                                         Louisville KY 40272
Louisville KY 40202

Amendment Correcting Creditor's Mailing Address in Schedule F:

From:                                               To:

James Hudson                                        James Hudson
Client To Supply Address                            515 Alta Gate Road
PO Box 0000                                         Louisville KY 40207
Louisville KY 40202

From:                                               To:

United Rentals Inc.                                 United Rentals Inc.
Client To Supply Address                            2438 Crittenden Drive
PO Box 0000                                         Louisville KY 40217
Louisville KY 40202

From:                                               To:

Columbia Audubon Regional Medical                   Columbia Audubon Regional C/O
NCO Financial                                       Medical
907 Rivergate Pkwy                                  C/O NCO Financial System
Goodlettsville TN 37072-2324                        Management Fin
                                                    2550 E Stone Drive, Ste. 250
                                                    Kingsport TN 37660-0801

| From: | To: |
|---|---|
| Aaron Pedigo<br>Client To Supply Address<br>PO Box 0000<br>Louisville KY 40202 | Aaron Pedigo<br>2926 Chimney Rock Lane<br>Louisville KY 40220 |

| From: | To: |
|---|---|
| David Causey<br>Client To Supply Address<br>PO Box 0000<br>Louisville KY 40202 | Dr. David Cadey<br>200 E. Chestnut Street<br>Louisville KY 40202 |

| From: | To: |
|---|---|
| Bobcat Enterprises<br>Client To Supply Address<br>PO Box 0000<br>Louisville KY 40202 | Bobcat Enterprises<br>13117 Middletown Industrial Blvd<br>Louisville KY 40223 |

- IF THE AMENDMENT LISTS YOU AS A CREDITOR, YOU HAVE 90 DAYS FROM THE DATE OF CERTIFICATION OF MAILING OF AMENDMENT WITHIN WHICH TO FILE A PROOF OF CLAIM (ONLY IF CASE IS A CHAPTER 13 OR ASSET CHAPTER 7).

The undersigned certifies under penalties of perjury, that I have read (1) the foregoing Amendment, and certify that the statements therein contained are true and complete to the best of my knowledge, information and belief.

Executed on 5/18/04           /S/_____
                               Debtor's signature

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                                               CASE NO.

DAVID EDWARD TOBOROWSKY                                      04-31154

    DEBTOR

CERTIFICATE OF SERVICE AND
NOTICE OF AMENDMENT TO SCHEDULES

I hereby certify that a copy of the attached Amendment to Schedules

was this 19th day of May 2004 forwarded to:

    (List any creditor who has not been previously listed and the trustee. Provide complete addresses).

    See Mailing Matrix Attached

Along with a copy of the Order for Meeting of Creditors by depositing a copy of it in the United States mail, properly addressed and postage prepaid.

NOTE – Also included is a copy of the Debtor's Plan and a blank Proof of Claim form to each creditor listed above (only if case is a Chapter 13).

                         /S/
                         WALLACE H. SPALDING, III
                         2950 Breckenridge Lane, Suite 3
                         Louisville, KY 40220
                         (502) 456-2100

Bellsouth Telecommunications
C/O  CISCO, inc.
1702 Townhurst
Houston TX 77043

Louisville EKG
C/O Credit Clearing House of America, Inc.
PO Box 1209
305 West Market Street
Louisville KY 40201-1209

Office Depot 27
C/O Certegy Payment Recovery Services, Inc.
11601 Roosevelt Blvd.
St. Petersburg FL 33716

Office Depot 27
C/O Certegy Payment Recovery Services, Inc.
11601 Roosevelt Blvd.
St. Petersburg FL 33716

Sprint Customer Service
PO Box 15955
Shawnee Mission KS 66285-5955

Sprint PCS
PO Box 15955
Shawnee Mission KS 66285-59555

Gold's Gym
C/O RDC Group, Inc.
4800 Sherburn Lane
Suite #B
Louisville KY 40207

AT&T
C/O Allied Interstate, Inc.
15 Hazel Wood Drive
Suite 102
Amherst NY 14228

Dollar Rent A Car
Department 927
Tulsa OK 74182

Budget Rent A Car Systems, Inc.
C/O D&B RMS
4836 Brecksville Road
PO Box 509
Richfield OH 44286

US Bank
PO Box 5227, CN-OHW15
Cincinnati OH 45201-5227

Louisville Medical Center FCU
130 Medical Towers South
Louisville KY 40202-1907

Bank One DAR IN1-3222
PO Box 7146
7610 W. Washington Street
Indianapolis IN 46231

GEICO Direct
Regional Office
One GEICO Center
Macon GA 31296-0001

National City Bank
First National Tower
101 South Fifth Street
Louisville KY 40202-3103

Fifth Third Bank
Fifth Third Bank Center
401 South First Street
Louisville KY 40202-3426

Boyd Pendleton
315 Bicknell
Louisville KY 40215

Tele-Check
PO Box 4451
Houston TX 77210

Five Star Realty
Mike and Dana Danzinger
312 New Venture Road
Louisville KY 40214

Camden Meadows Apartments
2000 Deercross
Louisville KY 40220

Check Care System
4102 Cadillac Court
Louisville KY 40213

UCHS
PO Box 2469
Louisville KY 40201-2469

5817 Enterprise Rent a Car
C/O Credit Management Services
PO Box 931
Brookfield WI 53008-0931

Certegy Payment Recovery Services, Inc.
PO Box 30031
Tampa FL 33630-3031

Budget Rent a Car System, Inc.
Attn: Direct Billing Collections
300 Centre Point Drive
Virginia Beach VA 23462

Salvatore Spinelli, Esq.
135 Maxess Road
Suite 2B
Melville NY 11747

AllianceOne Receivables Management, Inc.
PO Box 1963
Southgate MI 48195-0963

AllianceOne, Inc.
4850 Street Road, Level C
Trevose PA 19053

Sprint
PO Box 6419
Carol Stream IL 60197-6419

Allied Interstate, Inc.
PO Box 361343
Columbus OH 43236

Titan Recovery Solutions, Inc.
PO Box 4747
Modesto CA 95352

US Bank
PO Box 1800
Saint Paul MN 55101-0800

Andrea L. Wasson
Molly E. Rose
MORGAN & POTTINGER, P.S.C.
600 West Washington Street
Louisville KY 40202

Ellie Kerotter
4401 Preston Highway
Louisville KY 40213

Com 1 Paging
C/O Best Collections LLC
PO Box 7472
Louisville KY 40257

Protection Instrument
6111 Ashby Avenue
Louisville KY 40272

James Hudson
515 Alta Gate Road
Louisville KY 40207

United Rentals Inc.
2438 Crittenden Drive
Louisville KY 40217

Columbia Audubon Regional
C/O NCO Financial Medical Management Fin
2550 E Stone Drive, Ste. 250
Kingsport TN 37660-0801

Aaron Pedigo
2926 Chimney Rock Lane
Louisville KY 40220
Louisville KY 40202

Dr. David Cadey
200 E. Chestnut Street
Louisville KY 40202

Bobcat Enterprises
13117 Middletown Industrial Blvd
Louisville KY 40223

Randall S. Scherer, Trustee
Via Electronic Mail