UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                                  CASE NO.:

DAVID EDWARD TOBOROWSKY                         04-31154

    DEBTORS

## MOTION TO AVOID LIEN

Debtor, DAVID EDWARD TOBOROWSKY, by counsel, hereby moves the Court pursuant to Section 522(f) of the Bankruptcy Code to avoid the lien on the following described property:

<u>Household Goods and Furnishings, Including:</u>

Sofa, Love Seat, Tables, Chairs, Lamps, Kitchen Table and Chairs, Kitchenware, Microwave, Dishware, Dining Room Table and Chairs, Cabinet, Sofa, Chair, 4 Beds, Chest, 3 Dressers, Chairs, Lamps, TV, Stereo/Radio, Pictures, Washer, Dryer, Linens, Desk, and Cabinet

In support of said Motion, Debtor states

1. WOODSMILL LIMITED PARTNERSHIP, a creditor, filed a lien in the Office of the Clerk of Jefferson County, which is of record in Lien Book 474, Page 761.

2. The amount of the claim, which the lien secures, is $1,077.10.

3. The above mentioned lien is a (check one):

   _X_ Judgment Lien

   ___ Non-Possessory, Non-Purchase Money Lien.

4. Debtor submits the following information on the value of the property:

   A) Fair Market Value: $1,500.00

   B) Value listed in Schedules: $1,500.00

   C) Value according to records of County Property Valuation Administration: N/A

   D) Purchase Price: $3,000.00 approximately.

      E) Date of Purchase: Various dates over the past several years.

      F) Appraised Value (if recently appraised): N/A.

      G) Senior mortgages or liens on the property: N/A.

5.  The Trustee <u>has</u> abandoned the property.

6.  The Debtor <u>does</u> claim an exemption of $3,000.00 in said property.

7.  The lien held by the creditor impairs the exemption of the Debtor in the property described in the Motion.

WHEREFORE, the Debtor moves the Court to order the lien void and for such other relief as the Debtor may be entitled.

- *Any objections to this Motion must be filed within 15 days from the date this Motion was filed.  Should no objection be received, an Order approving this Motion to Avoid Liens may be entered.*

Dated: October 19, 2004              _____/S/_____
                                                   Wallace H. Spalding, III
                                                   2950 Breckenridge Lane, Suite 3
                                                   Louisville, KY 40220
                                                   (502) 456-2100

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that a copy of this Motion was served by first class mail upon L. Gregory Yopp, PO Box 3145, Louisville KY 40201-3145, and via electronic mail to Randall S. Scherer, Trustee, and to the U. S. Trustee, on the 19th day of October 2004.

                                                  /S/
                                        Wallace H. Spalding, III